# UNITED STATES BANKRUPTCY COURT
## WESTERN **DISTRICT OF** OKLAHOMA

In re:                                              §
                                                    §
BIGFOOT ENERGY SERVICES, LLC                        §        Case No. 15-13389
                                                    §
          Debtor                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

        JOEL HALL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 307,641.08            Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  230,490.98      Claims Discharged
                                                   Without Payment:  2,198,680.66

Total Expenses of Administration:  67,489.19

        3) Total gross receipts of $ 297,980.17  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 297,980.17  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 236,802.63 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 67,489.19 | 67,489.19 | 67,489.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 83,375.24 | 83,375.24 | 83,375.24 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,976,353.28 | 646,642.33 | 646,642.33 | 147,115.74 |
| **TOTAL DISBURSEMENTS** | $ 2,213,155.91 | $ 797,506.76 | $ 797,506.76 | $ 297,980.17 |

4)  This case was originally filed under chapter 7 on  09/03/2015  .  The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/01/2016                          By:/s/JOEL HALL, TRUSTEE
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 21805 STATE HWY 76, DIBBLE, OK 73031 LEGAL DESCRIP | 1110-000 | 194,209.57 |
| ACCOUNTS RECEIVABLE | 1121-000 | 312.04 |
| FINANCIAL ACCOUNTS | 1129-000 | 16,638.17 |
| MACHINERY AND SUPPLIES | 1129-000 | 83,793.05 |
| ACCOUNTS RECEIVABLE | 1221-000 | 195.86 |
| Ford Motor Credit Overpayment | 1221-000 | 2,393.52 |
| ACCOUNTS RECEIVABLE | 1221-000 | 12.00 |
| ACCOUNTS RECEIVABLE | 1221-000 | 425.96 |
| **TOTAL GROSS RECEIPTS** | | **$297,980.17** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Petroleum | | 5,000.00 | NA | NA | 0.00 |
| | Bear Dozer Services LLC 706 SE 4th St Lindsay, OK 73052 | | 33,723.61 | NA | NA | 0.00 |
| | Deerebuilt LLC 1402 Refinery Road Ardmore, OK 73401 | | 6,960.00 | NA | NA | 0.00 |
| | John Deere Financial PO Box 650215 Dallas, TX 75265-0215 | | 122,720.20 | NA | NA | 0.00 |
| | Pettit Machinery, Inc. PO Box 5976 Ardmore, OK 73403 | | 5,274.88 | NA | NA | 0.00 |
| | Terry Bomhak Trucking LLC c/o Jana Ferrell & Associates LLC 1432 W Britton Rd, Ste 2 Oklahoma City, OK 73114 | | 63,123.94 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 236,802.63 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOEL HALL, TRUSTEE | 2100-000 | NA | 18,149.01 | 18,149.01 | 18,149.01 |
| JOEL HALL, TRUSTEE | 2200-000 | NA | 198.22 | 198.22 | 198.22 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 130.82 | 130.82 | 130.82 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 1,475.41 | 1,475.41 | 1,475.41 |
| TRUSTEE INSURANCE AGENCY | 2990-000 | NA | 1,364.25 | 1,364.25 | 1,364.25 |
| JOEL C. HALL, PC | 3210-000 | NA | 3,675.00 | 3,675.00 | 3,675.00 |
| JOEL C. HALL, PC | 3220-000 | NA | 1,631.38 | 1,631.38 | 1,631.38 |
| DENNIS MALEY CPA, LLC | 3410-000 | NA | 2,983.20 | 2,983.20 | 2,983.20 |
| DAKIL AUCTIONEERS, INC. | 3610-000 | NA | 25,617.55 | 25,617.55 | 25,617.55 |
| DAKIL AUCTIONEERS, INC. | 3620-000 | NA | 12,264.35 | 12,264.35 | 12,264.35 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 67,489.19 | $ 67,489.19 | $ 67,489.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McClain County Treasurer c/o Teresa Jones 121 N 2nd #318 Purcell, OK 73080-4249 | | 0.00 | NA | NA | 0.00 |
| | Oklahoma Tax Commission Legal Division 120 North Robinson, Ste. 2000 Oklahoma City, OK 73102-7471 | | 0.00 | NA | NA | 0.00 |
| 000003A | IRS | 5800-000 | 0.00 | 83,375.24 | 83,375.24 | 83,375.24 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 83,375.24 | $ 83,375.24 | $ 83,375.24 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACG Material PO Box 268947 Oklahoma City, OK 73126 | | 3,481.55 | NA | NA | 0.00 |
| | Advantage Oilfield Services LLC PO Box 1523 Blanchard, OK 73010 | | 31,860.97 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally PO Box 380902 Bloomington, MN 55438-0902 | | 22,320.17 | NA | NA | 0.00 |
| | Altegrity Inc c/o Young Conaway Stargatt & Taylor LLP 1000 North King Street Wilmington, DE 19801 | | 0.00 | NA | NA | 0.00 |
| | American Express P.O. Box 3001 Malvern, PA 19355 | | 6,578.00 | NA | NA | 0.00 |
| | Apex Pump & Equipment Rental, Inc. 1798 W Yosemite Place Chandler, OK 85248 | | 8,273.13 | NA | NA | 0.00 |
| | Assurance Agency 1750 E Golf Road Schaumburg, IL 60173 | | 5,703.00 | NA | NA | 0.00 |
| | Assurance Pump & Equipment Rental inc PO Box 66056 Chicago, IL 60666-0056 | | 407.00 | NA | NA | 0.00 |
| | Blackrock Services LLC 5600 N May Ave Suite 137 Oklahoma City, OK 73112 | | 2,283.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blackrock Services LLC 5600 N May Ave Suite 137 Oklahoma City, OK 73112 | | 2,283.93 | NA | NA | 0.00 |
| | Blackrock Services LLC 5600 N May Ave Suite 137 Oklahoma City, OK 73112 | | 0.00 | NA | NA | 0.00 |
| | Blackrock Services LLC 5600 N May Ave Suite 137 Oklahoma City, OK 73112 | | 0.00 | NA | NA | 0.00 |
| | Blue Moose Outdoor Rentals Inc 21255 North Country Road 3130 Elmore City, OK 73433-9749 | | 2,071.06 | NA | NA | 0.00 |
| | Blueline Rental PO Box 840062 Dallas, TX 75284-0062 | | 17,578.73 | NA | NA | 0.00 |
| | Bluewater Energy Services LLC P.O. Box 721954 Oklahoma City, OK 73172 | | 5,528.50 | NA | NA | 0.00 |
| | Bob Bartley Electric Inc PO Box 621 Lindsay, OK 73052 | | 1,194.15 | NA | NA | 0.00 |
| | Bob Bartley Electric Inc PO Box 621 Lindsay, OK 73052 | | 46.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bunch Trucking LLC P.O. Box 127 Lindsay, OK 73052 | | 2,755.00 | NA | NA | 0.00 |
| | CM Construction LLC 504 Mesa Road Ardmore, OK 73401 | | 15,609.58 | NA | NA | 0.00 |
| | Cable One Inc c/o First Collection Services 10925 Otter Creek E Blvd Mabelvale, AR 72103-1661 | | 55.21 | NA | NA | 0.00 |
| | Charter Services PO Box 1425 Cushing, OK 74023 | | 19,000.00 | NA | NA | 0.00 |
| | Chase P.O. Box 15123 Wilmington, DE 19850-5123 | | 30,268.68 | NA | NA | 0.00 |
| | Chase P.O. Box 15123 Wilmington, DE 19850-5123 | | 7,443.14 | NA | NA | 0.00 |
| | Chase P.O. Box 15123 Wilmington, DE 19850-5123 | | 5,506.07 | NA | NA | 0.00 |
| | Chickasha Auto and Diesel Repair PO Box 830 Chickasha, OK 73023 | | 2,801.15 | NA | NA | 0.00 |
| | Chrysler Capital PO Box 961275 Fort Worth, TX 76161-1275 | | 2,087.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cintas Corporation PO Box 88005 Chicago, IL 60680-1005 | | 7,412.32 | NA | NA | 0.00 |
| | City of Ardmore PO Box 249 Ardmore, OK 73402 | | 173.90 | NA | NA | 0.00 |
| | Colvin, Smith & McKay 522 East Main Street Homer, Louisiana 71040 | | 0.00 | NA | NA | 0.00 |
| | Connect Energy Services LLC 3435 Cypert Way Ardmore, OK 73401 | | 73,401.00 | NA | NA | 0.00 |
| | Conner & Winters 4000 One Williams Center Tulsa, OK 74172-0148 | | 0.00 | NA | NA | 0.00 |
| | Coulter Oilfield Services LLC 567 Pinewood Trails Dr Ardmore, OK 73401 | | 78,937.75 | NA | NA | 0.00 |
| | DEQ Oklahoma PO Box 2036 Oklahoma City, OK 73101 | | 190.15 | NA | NA | 0.00 |
| | Deluca Trucking 170 NW Deluca Drive Elgin, OK 73538 | | 19,357.33 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dolese Bros Co c/o Mitchell D Rozin 4045 NW 64th Street Suite 510 Oklahoma City, OK 73116 | | 32,854.81 | NA | NA | 0.00 |
| | Dub Ross Company Inc c/o Mark D Mitchell 512 NW 12th Oklahoma City, OK 73103-2407 | | 4,750.62 | NA | NA | 0.00 |
| | Falcon Oilfield Services PO Box 72 Simpson, LA 71474 | | 89,187.50 | NA | NA | 0.00 |
| | Farm Credit 5015 S 118th St Omaha, NE 68137 | | 55,775.00 | NA | NA | 0.00 |
| | Fischl, Culp, McMillin, Chaffin, Bahner c/o Brent Bahner, Esq 100 "E" Street S.W. PO Box 1766 Ardmore, OK 73402 | | 0.00 | NA | NA | 0.00 |
| | Fleetmatics P.O. Box 347472 Pittsburgh, PA 15251-4472 | | 7,980.00 | NA | NA | 0.00 |
| | Fleetpride Inc PO Box 9156 Corpus Christi, TX 78469 | | 2,286.72 | NA | NA | 0.00 |
| | Fluid Disposal Specialists Inc PO Box 417 Homer, LA 71040 | | 115,331.65 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Credit PO Box 650575 Dallas, TX 75265-0575 | | 20,515.38 | NA | NA | 0.00 |
| | Ford Motor Credit Company PO Box 152271 Irving, TX 75015-2271 | | 0.00 | NA | NA | 0.00 |
| | Ford Motor Credit Company PO Box 152271 Irving, TX 75015-2271 | | 0.00 | NA | NA | 0.00 |
| | Ford Motor Credit Company PO Box 152271 Irving, TX 75015-2271 | | 0.00 | NA | NA | 0.00 |
| | Ford Motor Credit Company PO Box 152271 Irving, TX 75015-2271 | | 0.00 | NA | NA | 0.00 |
| | Forsythe Commercial Mud Farm PO Box 438 Wilson, OK 73463 | | 4,836.00 | NA | NA | 0.00 |
| | GCR Tires & Service PO Box 910530 Denver, CO 80291-0530 | | 7,051.57 | NA | NA | 0.00 |
| | HIIG Service Company PO Box 844298 Dallas, TX 75284-4298 | | 5,132.70 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HP Manufacturing 11305 S I-44 Service Road Oklahoma City, OK 73173 | | 14,290.00 | NA | NA | 0.00 |
| | Hampel Oil Distributors Inc. PO Box 875477 Kansas City, MO 64187-5477 | | 12,965.43 | NA | NA | 0.00 |
| | Harrison Gypsum Holdings LLC 1550 Double Drive Norman, OK 73069-8288 | | 3,481.55 | NA | NA | 0.00 |
| | Hertz Equipment Rental PO Box 26360 Oklahoma City, OK 73126-0360 | | 40,016.35 | NA | NA | 0.00 |
| | Illnois Tollway PO Box 5544 Chicago, IL 60680-5544 | | 855.50 | NA | NA | 0.00 |
| | Interstate Billing Services c/o Transworld Systems Inc PO Box 17201 Wilmington, DE 19850-7201 | | 2,187.86 | NA | NA | 0.00 |
| | J&P Trucking, Inc. PO Box 209 Ratliff City, OK 73481 | | 2,029.11 | NA | NA | 0.00 |
| | Jamie Gray/Seth Wadley Ford Lincoln PO Box 650 Pauls Valley, OK 73075 | | 3,305.85 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jamie Gray/Seth Wadley Ford Lincoln PO Box 650 Pauls Valley, OK 73075 | | 2,416.62 | NA | NA | 0.00 |
| | Jamie Gray/Seth Wadley Ford Lincoln PO Box 650 Pauls Valley, OK 73075 | | 5,541.99 | NA | NA | 0.00 |
| | Jet Rentals LLC PO Box 220 Ratliff City, OK 73481 | | 78,684.43 | NA | NA | 0.00 |
| | KMB Trucking LLC PO Box 270360 Atoka, OK 74525 | | 13,094.28 | NA | NA | 0.00 |
| | L.O. Transport, Inc. c/o TCI Business Capital Inc. 9185 Payshpere Circle Chicago, IL 60674 | | 7,193.88 | NA | NA | 0.00 |
| | LKCM Radio Group (OK) 1205 Northglen Ardmore, OK 73401 | | 1,286.00 | NA | NA | 0.00 |
| | LKCM Radio Group 1205 Northglen Ardmore, OK 73401 | | 1,286.00 | NA | NA | 0.00 |
| | LO-Duffy Linton | | 27,563.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LO-Marion R. Brown 3216 Country Street 2850 Ninnekah, OK 73067 | | 9,950.00 | NA | NA | 0.00 |
| | LO-Mclemore Farms, LLC 3475 CS 2940 Bradley, OK 73011 | | 9,420.00 | NA | NA | 0.00 |
| | Lindsay AG Boosters P.O. Box 746 Lindsay, OK 73052 | | 1,000.00 | NA | NA | 0.00 |
| | Lindsay Auto & Truck Supply c/o Interstate Billing PO Box 2208 Decatur, AL35609-2208 | | 26,860.26 | NA | NA | 0.00 |
| | Lindsay Public Works Authority PO Box 708 Lindsay, OK 73052 | | 0.00 | NA | NA | 0.00 |
| | Marlin 2795 E Cottonwood Parkway Ste 120 Salt Lake City, UT 84121 | | 0.00 | NA | NA | 0.00 |
| | Marlin Business Bank PO Box 13604 Philadelphia, PA 19101-3604 | | 245.26 | NA | NA | 0.00 |
| | Mc Carty Equipment Co Ltd Dept 207, PO Box 4346 Houston, TX 77210-4346 | | 1,942.11 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Meyer Pump Service PO Box 721115 Norman, OK 73070 | | 1,536.73 | NA | NA | 0.00 |
| | Midwest Hose & Special 3312 S. I-35 Service Road Oklahoma City, OK 73129 | | 164,290.31 | NA | NA | 0.00 |
| | Milford Midland 7607 West Industrial Ave Midland, TX 79706 | | 7,225.23 | NA | NA | 0.00 |
| | Milford Pipe and Supply 7607 W Industrial Ave Midland, TX 79706 | | 226,917.80 | NA | NA | 0.00 |
| | Miller Auto Industries, LLC 233 S.E. 15th Street Oklahoma City, OK 73129 | | 20,795.76 | NA | NA | 0.00 |
| | Mobile Mini, Inc PO Box 7144 Pasadena, CA 91109-7144 | | 1,723.77 | NA | NA | 0.00 |
| | Mordy & Mordy PC 110 West Main Ardmore, OK 73401 | | 0.00 | NA | NA | 0.00 |
| | Morgan Dirt Works LLC 1405 4th Ave. NW. PMB 161 Ardmore, OK 73401 | | 11,515.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NORMco 1025 E Highland Shawnee, OK 74801 | | 1,083.80 | NA | NA | 0.00 |
| | OCT Equipment LLC PO Box 270060 Oklahoma City, OK 73137-0060 | | 318.62 | NA | NA | 0.00 |
| | OCT Equipment LLC PO Box 270060 Oklahoma City, OK 73137-0060 | | 353.76 | NA | NA | 0.00 |
| | OCT Equipment LLC PO Box 270060 Oklahoma City, OK 73137-0060 | | 166.90 | NA | NA | 0.00 |
| | OCT Equipment LLC PO Box 270060 Oklahoma City, OK 73137-0060 | | 199.26 | NA | NA | 0.00 |
| | P & K | | 1,558.48 | NA | NA | 0.00 |
| | Pate & Knarr Post Office Box 1907 Oklahoma City, OK 73101-1907 | | 0.00 | NA | NA | 0.00 |
| | Phillips Murrah PC Corporate Tower 13th Floor 101 North Robinson Avenue Oklahoma City, OK 73102 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pioneer Telephone Cooperative PO Box 839 Kingfisher, OK 73750-0839 | | 0.00 | NA | NA | 0.00 |
| | Pressure Trucks, Inc Dept 144 P.O. Box 144 Memphis, TN 38148-0144 | | 26,211.75 | NA | NA | 0.00 |
| | Protect Safety and Supplies 11600 S Meridian Avenue Oklahoma City, OK 73173 | | 1,063.59 | NA | NA | 0.00 |
| | Protect Safety and Supplies 11600 S Meridian Avenue Oklahoma City, OK 73173 | | 824.04 | NA | NA | 0.00 |
| | Protect Safety and Supplies 11600 S Meridian Avenue Oklahoma City, OK 73173 | | 239.55 | NA | NA | 0.00 |
| | Ralph and Son's | | 952.37 | NA | NA | 0.00 |
| | Randall Industries 15385 PLNE Romulus, MI 48174 | | 1,364.00 | NA | NA | 0.00 |
| | Representing: Coulter Oilfield Services LLC | | 0.00 | NA | NA | 0.00 |
| | Representing: Coulter Oilfield Services LLC | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Fluid Disposal Specialists Inc | | 0.00 | NA | NA | 0.00 |
| | Representing: Forsythe Commercial Mud Farm | | 0.00 | NA | NA | 0.00 |
| | Representing: GCR Tires & Service | | 0.00 | NA | NA | 0.00 |
| | Representing: GCR Tires & Service | | 0.00 | NA | NA | 0.00 |
| | Representing: United Rentals Inc | | 0.00 | NA | NA | 0.00 |
| | Representing: Verizon Wireless | | 0.00 | NA | NA | 0.00 |
| | Representing: Williams Scotsman, Inc. | | 0.00 | NA | NA | 0.00 |
| | Rural Electric Cooperative Inc PO Box 609 Lindsay, OK 7352-0609 | | 14.28 | NA | NA | 0.00 |
| | Rural Electric Cooperative Inc PO Box 609 Lindsay, OK 7352-0609 | | 45.34 | NA | NA | 0.00 |
| | Rural Electric Cooperative Inc PO Box 609 Lindsay, OK 7352-0609 | | 14.28 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rural Electric Cooperative Inc PO Box 609 Lindsay, OK 7352-0609 | | 37.52 | NA | NA | 0.00 |
| | Rush Truck Center, Inc. 2100 Cooper Drive Ardmore, OK 73401 | | 1,902.49 | NA | NA | 0.00 |
| | S&W Companies LLC c/o Hisey & Landgraf PO Box 2503 Ardmore, OK 73402 | | 75,000.00 | NA | NA | 0.00 |
| | SEC Rentals, LLC PO Box 1008 Zapata, TX 78076 | | 10,800.00 | NA | NA | 0.00 |
| | Sandy Creek Farms PO Box 127 Bradley, OK 73011 | | 1,325.00 | NA | NA | 0.00 |
| | Seth Wadley Auto Group 200 Ballard Road Pauls Valley, OK 73075 | | 1,424.86 | NA | NA | 0.00 |
| | SevenOaks Capital Associates LLC Dept 470 PO Box 4869 Houston, TX 77210-4869 | | 0.00 | NA | NA | 0.00 |
| | Sherrell D Griffin 2805 N Portland Ave Newcastle, OK 73065 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sooner Copy Machines 650 Alameda Street Norman, OK 73071 | | 0.00 | NA | NA | 0.00 |
| | Sprekelmeyer Printing 12 C Street Southwest PO Box 1627 Ardmore, OK 73402 | | 1,524.96 | NA | NA | 0.00 |
| | Super Flow Testers, Inc PO Box 643 Lindsay, OK 73052 | | 1,857.00 | NA | NA | 0.00 |
| | T&W Tire LLC PO Box 258859 Oklahoma City, OK 73125-8859 | | 9,166.15 | NA | NA | 0.00 |
| | Tanmar Rentals, LLC PO Box 1376 Eunice, LA 70535 | | 14,113.20 | NA | NA | 0.00 |
| | Team Professional Services 4901 W Reno Ave Suite 750 Oklahoma City, OK 73127 | | 2,009.00 | NA | NA | 0.00 |
| | Terramarine GEO, LLC PO Box 18324 Tampa, FL 33679 | | 17,176.00 | NA | NA | 0.00 |
| | Tex Star Water Services PO Box 141747 Irving, TX 75014-1747 | | 28,041.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Clarence Boyd Company c/o John K Williams 3001 E Memorial Suite 213 Edmond, OK 73013 | | 0.00 | NA | NA | 0.00 |
| | Toby Bogart 15501 S Macarthur Blvd Oklahoma City, OK 73173 | | 0.00 | NA | NA | 0.00 |
| | Tony Ross 200 Trinity Industrial Ct Yukon, OK 73099 | | 0.00 | NA | NA | 0.00 |
| | Truckpro, INC PO Box 905044 Charlotte, NC 28290-5044 | | 9.92 | NA | NA | 0.00 |
| | UR Ross Company Inc PO Box 270066 Oklahoma City, OK 73137 | | 4,750.62 | NA | NA | 0.00 |
| | Unit Liner Company 7901 North Kickapoo Shawnee, OK 74804 | | 3,368.01 | NA | NA | 0.00 |
| | Vanek Screen Printing & Signs 11102 N. Stratford Drive Suite B450 Oklahoma City, OK 73120 | | 162.56 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vantage Sourcing Post Office Box 6786 Dothan, AL 36302 | | 0.00 | NA | NA | 0.00 |
| | Venfgroff Williams Inc PO Box 4155 Sarasota, FL 34230-4155 | | 1,146.61 | NA | NA | 0.00 |
| | Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002-5505 | | 935.89 | NA | NA | 0.00 |
| | Viet Tran Credit & Collection Analyst 1100 Winter St Floor 4 Waltham, MA 02451 | | 0.00 | NA | NA | 0.00 |
| | West Side Tractor Sales PO Box 87618 Chicago, IL 60680-0618 | | 5,481.00 | NA | NA | 0.00 |
| | Williams Scotsman, Inc. P.O. Box 91975 Chicago, IL 60693-1975 | | 12,831.36 | NA | NA | 0.00 |
| 000006 | ALLY BANK | 7100-000 | 5,280.03 | 5,280.03 | 5,280.03 | 1,286.39 |
| 000007 | ALLY BANK | 7100-000 | 5,439.61 | 5,439.61 | 5,439.61 | 1,325.27 |
| 000008 | ALLY BANK | 7100-000 | 26,992.69 | 9,866.01 | 9,866.01 | 2,403.68 |
| 000011 | CHAPPELL SUPPLY & EQUIPMENT CO. | 7100-000 | 35,667.16 | 35,667.16 | 35,667.16 | 8,689.69 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | DE LAGE LANDEN FINANCIAL SERVICES | 7100-000 | 303.05 | 7,577.70 | 7,577.70 | 1,846.18 |
| 000018 | DEERE & COMPANY | 7100-000 | NA | 58,882.00 | 58,882.00 | 14,345.59 |
| 000021 | EXTREME PLASTICS PLUS, INC. | 7100-000 | 20,460.00 | 20,460.00 | 20,460.00 | 4,984.73 |
| 000002 | FORD MOTOR CREDIT COMPANY LLC | 7100-000 | NA | 42,800.34 | 42,800.34 | 0.00 |
| 000013 | FORSYTHE COMMERCIAL MUD FARM | 7100-000 | NA | 4,836.00 | 4,836.00 | 1,178.21 |
| 000003B | IRS | 7100-000 | NA | 23,951.29 | 23,951.29 | 5,835.32 |
| 000005 | JAMES SUPPLIES LLC | 7100-000 | 1,321.80 | 1,362.58 | 1,362.58 | 331.97 |
| 000004 | KINGFISHER CONSTRUCTION SERVICE, CO | 7100-000 | 4,490.38 | 4,490.38 | 4,490.38 | 1,094.00 |
| 000015 | KIRBY-SMITH MACHINERY INC | 7100-000 | 97,365.69 | 97,365.69 | 97,365.69 | 23,721.48 |
| 000022 | KOMATSU FINANCIAL LIMITED PARTNERSH | 7100-000 | 23,020.60 | 49,063.25 | 49,063.25 | 11,953.42 |
| 000016 | MARLIN BUSINESS BANK | 7100-000 | 619.49 | 7,652.81 | 7,652.81 | 1,864.48 |
| 000020 | MPS ENTERPRISES, INC. DBA MILFORD P | 7100-000 | 7,225.23 | 7,225.23 | 7,225.23 | 1,760.30 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | OKLAHOMA DEQ | 7100-000 | NA | 190.15 | 190.15 | 46.33 |
| 000009 | SETH WADLEY FORD LINCOLN | 7100-000 | 17,223.28 | 4,766.84 | 4,766.84 | 1,161.36 |
| 000012 | TERRY BOMHAK TRUCKING, LLC | 7100-000 | NA | 63,123.94 | 63,123.94 | 15,379.06 |
| 000019 | TREY RESOURCES, INC. | 7100-000 | NA | 39,582.63 | 39,582.63 | 9,643.63 |
| 000001 | UNITED RENTALS (NORTH AMERICA), INC | 7100-000 | 83,539.53 | 79,630.94 | 79,630.94 | 19,400.71 |
| 000017 | VANGUARD OPERATING, LLC | 7100-000 | NA | 77,427.75 | 77,427.75 | 18,863.94 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,976,353.28 | $ 646,642.33 | $ 646,642.33 | $ 147,115.74 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-13389 | JDL | Judge: JANICE D. LLOYD |
|---|---|---|---|
| Case Name: | BIGFOOT ENERGY SERVICES, LLC | | |

For Period Ending: 11/01/16

Trustee Name: JOEL HALL, TRUSTEE

Date Filed (f) or Converted (c): 09/03/15 (f)

341(a) Meeting Date: 10/13/15

Claims Bar Date: 12/28/15

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. | 21805 STATE HWY 76, DIBBLE, OK 73031 LEGAL DESCRIP<br>21805 State Hwy 76, Dibble, OK 73031 Legal Description: The North 600 feet of the South Half of the Northeast Quarter of the Northeast Quarter (S/2 NE/4 NE/4) of Section 6, Township 6 North Range 4 West, I.M. McClain County, Oklahoma | 130,000.00 | 194,209.57 | | 194,209.57 | FA |
| 2. | FINANCIAL ACCOUNTS<br>Checking account with Chase Bank Account number ending in 3680 | 106,867.36 | 16,638.17 | | 16,638.17 | FA |
| 3. | FINANCIAL ACCOUNTS<br>Checking account with Chase Bank Account number ending in 7630 | 4,845.17 | 0.00 | | 0.00 | FA |
| 4. | VEHICLES<br>1972 TIMPTE T-15 Trailer Vin Number 18808TT100FEP Blanchard, OK | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5. | VEHICLES<br>1990 Fronti 500 Trailer Vin Number FT10590002FT Blanchard, OK **Titled in J&R Service/Bigfoot Energy Services, LLC never transferred the title** | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6. | VEHICLES<br>1999 Sterling LT3 Dump Truck (Unit 502) Vin Number 2FZXMJBB3XAB17020 Blanchard, OK | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 7. | VEHICLES<br>1992 Ford T8F Dump Truck (Unit 501) Vin Number 1FDYU82A9NVA25237 Blanchard, OK | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 8. | VEHICLES<br>1987 Ford T8F Dump Truck (Unit 500) Vin Number 1FDYU82A5HVA40399 Blanchard, OK | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 9. | MACHINERY AND SUPPLIES<br>2009 Wichita 500 Barrel Frac Tank Number WTM090103 Blanchard, | 7,500.00 | 7,500.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 15-13389 | JDL | Judge: JANICE D. LLOYD |
|---|---|---|---|
| Case Name: | BIGFOOT ENERGY SERVICES, LLC | | |

| Trustee Name: | JOEL HALL, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 09/03/15 (f) |
| 341(a) Meeting Date: | 10/13/15 |
| Claims Bar Date: | 12/28/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| OK | | | | | |
| 10. MACHINERY AND SUPPLIES | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 2008 Witchita 500 Barrel Frac Tank Number WTM080928 Blanchard, OK | | | | | |
| 11. MACHINERY AND SUPPLIES | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 2008 Witchita 500 Barrel Frac Tank Number WTM080974 Blanchard, OK | | | | | |
| 12. MACHINERY AND SUPPLIES | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 2009 Witchita 500 Barrel Frac Tank Number WTM090087 Blanchard, OK | | | | | |
| 13. MACHINERY AND SUPPLIES | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 1990 8000 Premier Bag Processor Frac Tank Number FT10590002FT Blanchard, OK | | | | | |
| 14. MACHINERY AND SUPPLIES | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 1990 Fronti 500 Number FT10990003FT Blanchard, OK **Titled in J&R Service/Bigfoot Energy Services, LLC never transferred the title** | | | | | |
| 15. MACHINERY AND SUPPLIES | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 1994 Fract T500 Vin Number FT11194117FT Blanchard, OK **Titled in J&R Service/Bigfoot Energy Services, LLC never transferred the title** | | | | | |
| 16. MACHINERY AND SUPPLIES | 105,000.00 | 0.00 | | 0.00 | FA |
| John Deere Dozer 650H Vin Number T0650HX878231 Blanchard, OK | | | | | |
| 17. MACHINERY AND SUPPLIES | 105,000.00 | 105,000.00 | | 83,793.05 | FA |
| John Deere Dozer 700J **This piece of equipment is broke** Vin Number T0700JX126951 Blanchard, OK | | | | | |
| 18. MACHINERY AND SUPPLIES | 30,844.80 | 30,844.80 | | 0.00 | FA |
| Roll off Trailer and Frack/Fuel Tanks | | | | | |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 27)*

Ver: 19.06a

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     3

Exhibit 8

Case No:       15-13389     JDL     Judge: JANICE D. LLOYD

Case Name:     BIGFOOT ENERGY SERVICES, LLC

Trustee Name:     JOEL HALL, TRUSTEE

Date Filed (f) or Converted (c):     09/03/15 (f)

341(a) Meeting Date:     10/13/15

Claims Bar Date:     12/28/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. MACHINERY AND SUPPLIES 2 40' Mud Tanks and 1 Fabricated | 16,500.00 | 9,540.00 | | 0.00 | FA |
| 20. MACHINERY AND SUPPLIES Tools and Misc Items | 20,000.00 | 0.00 | | 0.00 | FA |
| 21. MACHINERY AND SUPPLIES 2 Ditch Magnet | 3,851.11 | 0.00 | | 0.00 | FA |
| 22. MACHINERY AND SUPPLIES AER 12' Aerator | 9,600.00 | 4,325.12 | | 0.00 | FA |
| 23. MACHINERY AND SUPPLIES AER 12' Aerator | 0.00 | 0.00 | | 0.00 | FA |
| 24. ACCOUNTS RECEIVABLE Oklahoma Electric Cooperative | 0.00 | 507.90 | | 507.90 | FA |
| 25. Ford Motor Credit Overpayment (u) | 2,393.52 | 2,393.52 | | 2,393.52 | FA |
| 26. ACCOUNTS RECEIVABLE (u) Lindsay Public Woorks | 12.00 | 12.00 | | 12.00 | FA |
| 27. ACCOUNTS RECEIVABLE (u) Pioneer Telephone and Delta Dental Refund | 425.96 | 325.96 | | 425.96 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $652,339.92 | $480,797.04 | | $297,980.17 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 28, 2015, 02:34 pm Ttustee to sieze bank accounts and liquidate unencumbered real and personal property.

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    4

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-13389    JDL    Judge: JANICE D. LLOYD | Trustee Name: | JOEL HALL, TRUSTEE |
| Case Name: | BIGFOOT ENERGY SERVICES, LLC | Date Filed (f) or Converted (c): | 09/03/15 (f) |
| | | 341(a) Meeting Date: | 10/13/15 |
| | | Claims Bar Date: | 12/28/15 |

October 05, 2015, 04:58 pm ORDER EMPLOYING COUNSEL.

October 13, 2015, 03:40 pm ORDERS EMPLOYING DAKIL AND MALEY.

November 03, 2015, 12:30 pm Order approving Motion to Sell.

January 11, 2016, 10:11 am IRS AND OTC RETURNS SINGED AND FORWARDED.

January 21, 2016, 02:19 pm ORDER APPROVING DAKIL FEES AND COSTS.

January 29, 2016, 02:51 pm ORDER APPROVING INSURANCE AGENT FEE APP.

February 04, 2016, 04:24 pm ORDER APPROVING ACCOUNTANT FEES.

May 04, 2016, 02:07 pm ORDER APPROVING ATTORNEY FEES.

June 17, 2016, 04:39 pm ORDER DISALLWOING POC NO. 2.

June 21, 2016, 11:59 am  - TRUSTEE FEE APP AND FINAL REPORT TO AUST FOR REVIEW.

July 12, 2016, 11:44 am  - SENT CORRECTED REPORT TO AUST FOR REVIEW.

August 16, 2016, 10:42 am ORDER APPROVING TRUSTEE FEES.

Initial Projected Date of Final Report (TFR): 12/31/16        Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-13389 -JDL | |
| Case Name: | BIGFOOT ENERGY SERVICES, LLC | |

| | | |
|---|---|---|
| Trustee Name: | JOEL HALL, TRUSTEE | |
| Bank Name: | FIRST NATIONAL BANK OF VINITA | |
| Account Number / CD #: | *******2309  Checking Account (Non-Interest Earn | |

| | | |
|---|---|---|
| Taxpayer ID No: | *******1208 | |
| For Period Ending: | 11/01/16 | |

| | | |
|---|---|---|
| Blanket Bond (per case limit): | $ 8,005,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/15 | 2 | Bigfoot Energy Services, LLC | INTEREST IN PERSONAL PROPERTY | 1129-000 | 16,638.17 | | 16,638.17 |
| 10/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 16,628.17 |
| 10/13/15 | 24 | Oklahoma Electric Cooperative | ACCOUNTS RECEIVABLE | 1221-000 | 195.86 | | 16,824.03 |
| 11/03/15 | 24 | Rual Elecric Cooperative, Inc. | ACCOUNTS RECEIVABLE | 1121-000 | 230.85 | | 17,054.88 |
| 11/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 17.72 | 17,037.16 |
| 12/07/15 | 24 | CITY OF ARDMORE | ACCOUNTANT RECEIVABLE | 1121-000 | 81.19 | | 17,118.35 |
| 12/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 17.48 | 17,100.87 |
| 12/18/15 | 17 | DAKIL AUCTIONEERS, INC | PERSONAL PROPERTY | 1129-000 | 83,793.05 | | 100,893.92 |
| 12/29/15 | 1 | OKC ABSTRACT & TITLE CO. | PROCEEDS FROM SALE OF REAL PROPERT | 1110-000 | 194,209.57 | | 295,103.49 |
| 01/04/16 | 25 | Ford Motor Credit Corp. | Overpayment | 1221-000 | 2,393.52 | | 297,497.01 |
| 01/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 63.01 | 297,434.00 |
| 01/25/16 | 010001 | DAKIL AUCTIONEERS, INC. 200 NW 114TH STREET OKLAHOMA CITY, OK  73114 | AUCTIONEER'S FEES | | | 37,881.90 | 259,552.10 |
| | | | Fees          25,617.55 | 3610-000 | | | |
| | | | Expenses    12,264.35 | 3620-000 | | | |
| 02/02/16 | 010002 | TRUSTEE INSURANCE AGENCY 2813 WEST MAIN STREET KALAMAZOO, MI  49006 | insurance on property | 2990-000 | | 1,364.25 | 258,187.85 |
| 02/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 311.56 | 257,876.29 |
| 02/22/16 | 010003 | DENNIS MALEY CPA, LLC 704 NW 20TH STREET OKLAHOMA CITY, OK  73103 | Accountant Fees | 3410-000 | | 2,983.20 | 254,893.09 |
| 03/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 256.16 | 254,636.93 |
| 03/08/16 | 26 | LINDSAY PUBLIC WORKS AUTHORITY | ACCOUNTS RECEIVABLE | 1221-000 | 12.00 | | 254,648.93 |
| 03/31/16 | 27 | PIONEER TELEPHONE | ACCOUNTS RECEIVABLE | 1221-000 | 100.00 | | 254,748.93 |
| 03/31/16 | 27 | DELTA DENTAL | ACCOUNTS RECEIVABLE | 1221-000 | 225.96 | | 254,974.89 |
| 04/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 270.40 | 254,704.49 |

Page Subtotals          297,880.17          43,175.68

Ver: 19.06a

**FORM 2**

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-13389 -JDL |
| Case Name: | BIGFOOT ENERGY SERVICES, LLC |

| | |
|---|---|
| Trustee Name: | JOEL HALL, TRUSTEE |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******2309  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******1208 |
| For Period Ending: | 11/01/16 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 8,005,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/15/16 | 27 | PIONNEER TELEPHONE | Account Receivable | | 1221-000 | 100.00 | | 254,804.49 |
| 05/06/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | | 2600-000 | | 261.51 | 254,542.98 |
| 05/11/16 | 010004 | JOEL C. HALL, PC | ATTORNEY FEES | | | | 5,306.38 | 249,236.60 |
| | | 210 PARK AVENUE, SUITE 3001 | | | | | | |
| | | OKLAHOMA CITY, OK  73102 | | | | | | |
| | | | Fees | 3,675.00 | 3210-000 | | | |
| | | | Expenses | 1,631.38 | 3220-000 | | | |
| 06/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | | 2600-000 | | 267.57 | 248,969.03 |
| 06/13/16 | 010005 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | | 2300-000 | | 130.82 | 248,838.21 |
| | | 701 POYDRAS STREET, SUITE 420 | | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | | |
| 08/18/16 | 010006 | JOEL HALL, TRUSTEE | Chapter 7 Compensation/Fees | | 2100-000 | | 18,149.01 | 230,689.20 |
| | | 3030 OKLAHOMA TOWER | | | | | | |
| | | 210 WEST PARK AVENUE | | | | | | |
| | | OKLAHOMA CITY, OK  73102 | | | | | | |
| 08/18/16 | 010007 | JOEL HALL, TRUSTEE | Chapter 7 Expenses | | 2200-000 | | 198.22 | 230,490.98 |
| | | 3030 OKLAHOMA TOWER | | | | | | |
| | | 210 WEST PARK AVENUE | | | | | | |
| | | OKLAHOMA CITY, OK  73102 | | | | | | |
| 08/18/16 | 010008 | IRS | Claim 000003A, Payment 100.00000% | | 5800-000 | | 83,375.24 | 147,115.74 |
| | | P.O. BOX 7346 | | | | | | |
| | | PHILADELPHIA, PA 19101-7346 | | | | | | |
| 08/18/16 | 010009 | UNITED RENTALS (NORTH AMERICA), INC. | Claim 000001, Payment 24.36328% | | 7100-000 | | 19,400.71 | 127,715.03 |
| | | C/O MISTI L. BEANLAND | (1-1) RENTAL OF EQUIPMENT AND | | | | | |
| | | MATTHEWS, SHIELS, PEARCE, LLP | RELATED MATERIALS ON CREDIT ACCOUNT | | | | | |
| | | 8131 LBJ FRWY., SUITE 700 | | | | | | |
| | | DALLAS, TX 75251 | | | | | | |
| 08/18/16 | 010010 | IRS | Claim 000003B, Payment 24.36328% | | 7100-000 | | 5,835.32 | 121,879.71 |
| | | P.O. BOX 7346 | | | | | | |
| | | PHILADELPHIA, PA 19101-7346 | | | | | | |

| | | | | |
|---|---|---|---|---|
| | | Page Subtotals | 100.00 | 132,924.78 |

Ver: 19.06a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

| Case No: | 15-13389 -JDL | Trustee Name: | JOEL HALL, TRUSTEE |
|---|---|---|---|
| Case Name: | BIGFOOT ENERGY SERVICES, LLC | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******2309  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1208 | | |
| For Period Ending: | 11/01/16 | Blanket Bond (per case limit): | $  8,005,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/18/16 | 010011 | KINGFISHER CONSTRUCTION SERVICE, CO. PO BOX 586 KINGFISHER, OK 73750 | Claim 000004, Payment 24.36319% (4-1) CORRECT NOTICE ADDRESS ADDED TO SYSTEM. | 7100-000 | | 1,094.00 | 120,785.71 |
| 08/18/16 | 010012 | JAMES SUPPLIES LLC PO BOX 360 PAULS VALLEY, OK 73075 | Claim 000005, Payment 24.36334% | 7100-000 | | 331.97 | 120,453.74 |
| 08/18/16 | 010013 | ALLY BANK PO BOX 130424 ROSEVILLE, MN 55113-0004 | Claim 000006, Payment 24.36331% (6-1) N14 FORDF250 1FT7W2BT4EEB12133 | 7100-000 | | 1,286.39 | 119,167.35 |
| 08/18/16 | 010014 | ALLY BANK PO BOX 130424 ROSEVILLE, MN 55113-0004 | Claim 000007, Payment 24.36333% (7-1) U10 FORDF350 1FDWX3HR6AEA37337 | 7100-000 | | 1,325.27 | 117,842.08 |
| 08/18/16 | 010015 | ALLY BANK PO BOX 130424 ROSEVILLE, MN 55113-0004 | Claim 000008, Payment 24.36324% (8-1) U12 FORDF350 1FDRF3HT9CEC45520 | 7100-000 | | 2,403.68 | 115,438.40 |
| 08/18/16 | 010016 | SETH WADLEY FORD LINCOLN PO BOX 650 PAULS VALLEY, OK 73075 | Claim 000009, Payment 24.36331% (9-1) ACCOUNT NUMBER (LAST 4 DIGITS):0078 | 7100-000 | | 1,161.36 | 114,277.04 |
| 08/18/16 | 010017 | OKLAHOMA DEQ PO BOX 1677 OKLAHOMA CITY, OK 73101-1677 | Claim 000010, Payment 24.36498% (10-1) ACCOUNT NUMBER (LAST 4 DIGITS):4799 | 7100-000 | | 46.33 | 114,230.71 |
| 08/18/16 | 010018 | CHAPPELL SUPPLY & EQUIPMENT CO. PO BOX 270960 OKLAHOMA CITY, OK 73137-0960 | Claim 000011, Payment 24.36328% (11-1) ACCOUNT NUMBER (LAST 4 DIGITS):6978 | 7100-000 | | 8,689.69 | 105,541.02 |
| 08/18/16 | 010019 | TERRY BOMHAK TRUCKING, LLC P.O. BOX 400 EL RENO, OK 73036 | Claim 000012, Payment 24.36328% | 7100-000 | | 15,379.06 | 90,161.96 |
| 08/18/16 | 010020 | FORSYTHE COMMERCIAL MUD FARM PO BOX 438 WILSON, OK 73463 | Claim 000013, Payment 24.36332% (13-1) SERVICES PERFORMED | 7100-000 | | 1,178.21 | 88,983.75 |

|  |  | Page Subtotals | 0.00 | 32,895.96 | |

Ver: 19.06a

**FORM 2**

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-13389 -JDL | Trustee Name: JOEL HALL, TRUSTEE |
| Case Name: BIGFOOT ENERGY SERVICES, LLC | Bank Name: FIRST NATIONAL BANK OF VINITA |
| | Account Number / CD #: *******2309 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******1208 | |
| For Period Ending: 11/01/16 | Blanket Bond (per case limit): $ 8,005,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/18/16 | 010021 | DE LAGE LANDEN FINANCIAL SERVICES<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | Claim 000014, Payment 24.36333% | 7100-000 | | 1,846.18 | 87,137.57 |
| 08/18/16 | 010022 | KIRBY-SMITH MACHINERY INC<br>PO BOX 270300<br>OKLAHOMA CITY, OK 73137 | Claim 000015, Payment 24.36328%<br>(15-1) SEE POC #15A FOR SIGNATURE<br>OF FILING ATTY. (JDIC, CA) | 7100-000 | | 23,721.48 | 63,416.09 |
| 08/18/16 | 010023 | MARLIN BUSINESS BANK<br>300 FELLOWSHIP RD<br>MT.LAUREL NJ 08054 | Claim 000016, Payment 24.36334%<br>(16-1) 4141<br>(16-1) LEASED<br>EQUIPMENT | 7100-000 | | 1,864.48 | 61,551.61 |
| 08/18/16 | 010024 | VANGUARD OPERATING, LLC<br>C/O G. BLAINE SCHWABE, III<br>211 N. ROBINSON, 15TH FLOOR<br>OKLAHOMA CITY, OK 73102 | Claim 000017, Payment 24.36328%<br>(17-1) BREACH OF CONTRACT | 7100-000 | | 18,863.94 | 42,687.67 |
| 08/18/16 | 010025 | DEERE & COMPANY<br>6400 NW 86TH STREET<br>PO BOX 6600<br>JOHNSTON, IOWA 50131-6600 | Claim 000018, Payment 24.36329% | 7100-000 | | 14,345.59 | 28,342.08 |
| 08/18/16 | 010026 | TREY RESOURCES, INC.<br>C/O LARRY BALL<br>HALL ESTILL<br>100 N. BROADWAY, SUITE 2900<br>OKLAHOMA CITY, OK 73102 | Claim 000019, Payment 24.36329%<br>(19-1) PAYMENTS MADE TO AVOID<br>FILING OF LIENS(19-2) PAYMENTS MADE TO<br>AVOID FILING OF LIENS AND ASSIGNED<br>CLAIMS, ALL UNDER ATTACHED<br>SETTLEMENT AGREEMENT | 7100-000 | | 9,643.63 | 18,698.45 |
| 08/18/16 | 010027 | MPS ENTERPRISES, INC. DBA MILFORD PIPE<br>& SUPPLY<br>C/O AMBER L. JAMES<br>3800 E. 42ND ST., STE. 500<br>ODESSA, TX 79762 | Claim 000020, Payment 24.36324% | 7100-000 | | 1,760.30 | 16,938.15 |
| 08/18/16 | 010028 | EXTREME PLASTICS PLUS, INC. | Claim 000021, Payment 24.36329% | 7100-000 | | 4,984.73 | 11,953.42 |

Page Subtotals          0.00          77,030.33

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 33)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

**Exhibit 9**

| Case No: | 15-13389 -JDL | Trustee Name: | JOEL HALL, TRUSTEE |
|---|---|---|---|
| Case Name: | BIGFOOT ENERGY SERVICES, LLC | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******2309  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1208 | | |
| For Period Ending: | 11/01/16 | Blanket Bond (per case limit): | $  8,005,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/18/16 | 010029 | 360 EPIC CIRCLE DR. FAIRMONT, WV 26554 KOMATSU FINANCIAL LIMITED PARTNERSHIP PO BOX 99303 CHICAGO, IL 60693 | Claim 000022, Payment 24.36329% (22-1) ACCOUNT NUMBER (LAST 4 DIGITS):6000 | 7100-000 | | 11,953.42 | 0.00 |

| | COLUMN TOTALS | 297,980.17 | 297,980.17 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 297,980.17 | 297,980.17 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 297,980.17 | 297,980.17 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account (Non-Interest Earn - *******2309 | 297,980.17 | 297,980.17 | 0.00 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 297,980.17 | 297,980.17 | 0.00 |
| | | =============== | =============== | =============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          11,953.42

Ver: 19.06a